## SHEPARD GARBUTT vs. LESTER BRADNER.

In a common action of assumpsit, where the defendant swears to *seventy-eight* witnesses as material to his defence, on motion to change the venue; it will be considered a fraud upon the court, unless the nature of the action is fully explained, to satisfy the court that the number of witnesses are necessary.

*Motion by defendant to change the venue.*—The action is assumpsit. Defendant swears to the materiality in his defence of *seventy-eight* witnesses, residing in the county to which he proposes to change the venue.

BEARDSLEY, Justice.—Said he should order the motion to stand over to the next special term, that the defendant might show the nature of the action, in order to satisfy the court that he required the number of witnesses which he had sworn to. Unless an explanation was made, he should consider it a fraud upon the court, in swearing to the materiality of seventy-eight witnesses on a defence in a common action of assumpsit.

Rule accordingly.